**Wade THORNTON, Plaintiff–Appellant,**

v.

**Arnold SCHWARZENEGGER; et al., Defendants–Appellees.**

No. 09–15418.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed May 3, 2011.

Wade Thornton, Represa, CA, pro se.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

California state prisoner Wade Thornton appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action seeking to prevent his transfer to an out-of-state prison. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Thornton's claim that California Penal Code § 11191 vests him with a state-created liberty interest in avoiding an invol-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

untary transfer to an out-of-state prison because the statute has been revised to delete the requirement that such transfers be voluntary. *See Toussaint v. McCarthy*, 801 F.2d 1080, 1092 (9th Cir.1986) (a state-created liberty interest ceases to exist if the state repeals the statute or eliminates the regulation creating the liberty interest), *abrogated in part on other grounds by Sandin v. Conner*, 515 U.S. 472, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995).

Thornton's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.